2d day of April, 1906, upon the decision of the court, rendered after a trial at the New York Special Term, adjudging the plaintiff to have an attorney's lien upon a cause of action brought by Domenico Farrarelli against the said Pennsylvania Railroad Company.

*Norman B. Beecher*, for the appellant.

*Nelson L. Keach*, for the respondent.

Per Curiam:

For the reasons stated in the case of *Oishei* v. *Pennsylvania Railroad Co.* (117 App. Div. 110) decided herewith, this judgment was right and should be affirmed, with costs.

Present — Patterson, P. J., Ingraham, McLaughlin, Houghton and Lambert, JJ.

Judgment affirmed, with costs.    Order filed.

---

Achille J. Oishei, Respondent, *v.* Pennsylvania Railroad Company, Appellant, Impleaded with Francesco Grastello, Defendant.*

First Department, January 25, 1907.

Appeal by the defendant, the Pennsylvania Railroad Company, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of New York on the 2d day of April, 1906, upon the decision of the court, rendered after a trial at the New York Special Term, adjudging the plaintiff to have an attorney's lien upon a cause of action brought by Francesco Grastello against the said Pennsylvania Railroad Company.

*Norman B. Beecher*, for the appellant.

*Nelson L. Keach*, for the respondent.

---

* See *Oishei* v. *Pennsylvania Railroad Co.* (*ante,* p. 110).— [Rep.

PER CURIAM:

For the reasons stated in the case of *Oishei* v. *Pennsylvania Railroad Co.* (117 App. Div. 110) decided herewith, this judgment was right, and should be affirmed, with costs.

Present — PATTERSON, P. J., INGRAHAM, McLAUGHLIN, HOUGHTON and LAMBERT, JJ.

Judgment affirmed, with costs. Order filed.

---

ACHILLE J. OISHEI, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant, Impleaded with VINCENZO MORENNA, Defendant.*

First Department, January 25, 1907.

APPEAL by the defendant, the Pennsylvania Railroad Company, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of New York on the 2d day of April, 1906, upon the decision of the court, rendered after a trial at the New York Special Term, adjudging the plaintiff to have an attorney's lien upon a cause of action brought by Vincenzo Morenna against the said Pennsylvania Railroad Company.

*Norman B. Beecher*, for the appellant.

*Nelson L. Keach*, for the respondent.

PER CURIAM:

For the reasons stated in the case of *Oishei* v. *Pennsylvania Railroad Co.* (117 App. Div. 110) decided herewith, this judgment was right and should be affirmed, with costs.

Present — PATTERSON, P. J., INGRAHAM, McLAUGHLIN, HOUGHTON and LAMBERT, JJ.

Judgment affirmed, with costs. Order filed.

* See *Oishei* v. *Pennsylvania Railroad Co.* (*ante*, p. 110).— [REP.